| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| **Western District of Texas** | |

| Case number *(if known)*: | Chapter you are filing under: | |
|---|---|---|
| | ☑ Chapter 7 | ☐ Check if this is an amended filing |
| | ☐ Chapter 11 | |
| | ☐ Chapter 12 | |
| | ☐ Chapter 13 | |

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Matthew** _____ First name | _____ First name |
| | | _____ Middle name | _____ Middle name |
| | | **Clawson** _____ Last name | _____ Last name |
| | | _____ Suffix (Sr., Jr., II, III) | _____ Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ First name | _____ First name |
| | | _____ Middle name | _____ Middle name |
| | | _____ Last name | _____ Last name |
| | | _____ First name | _____ First name |
| | | _____ Middle name | _____ Middle name |
| | | _____ Last name | _____ Last name |
| | | _____ Business name (if applicable) | _____ Business name (if applicable) |
| | | _____ Business name (if applicable) | _____ Business name (if applicable) |

Debtor 1  **Matthew**                    **Clawson**

First Name       Middle Name    Last Name

Case number (if known) _____

**3.** **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN)

xxx – xx – **7  0  5  0**

OR

**9** xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

**9** xx – xx – ___ ___ ___ ___

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN

EIN

EIN

EIN

**5.** **Where you live**

**8512 Neider Dr**

Number     Street

**Austin**          **TX**     **78749**

City           State    ZIP Code

**TRAVIS**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number     Street

P.O. Box

City           State    ZIP Code

If Debtor 2 lives at a different address:

Number     Street

City           State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number     Street

P.O. Box

City           State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

Check one:

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1     **Matthew**                          **Clawson**                          Case number *(if known)* _____
               First Name        Middle Name        Last Name

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for Bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| District _____ | When _____ MM/DD/YYYY | Case number _____ |
| District _____ | When _____ MM/DD/YYYY | Case number _____ |
| District _____ | When _____ MM/DD/YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

| Debtor **Environs Architectural Millwork, LLC** | Relationship to you **Business** |
| District **WDTX** | When **6/24/2022** MM/DD/YYYY | Case number, if known **22-10394** |

| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor 1    **Matthew**          **Clawson**        Case number *(if known)* _____

      First Name        Middle Name      Last Name

**11.** **Do you rent your residence?**

☐ No    Go to line 12.

☑ Yes   Has your landlord obtained an eviction judgment against you?

        ☑ No    Go to line 12.

        ☐ Yes   Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number       Street

_____
City                    State           Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

Copyright © Financial Software Solutions, LLC

Debtor 1    **Matthew**      **Clawson**        Case number *(if known)* _____

      First Name    Middle Name    Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____

      Number      Street

_____

City         State    Zip Code

Debtor 1 __**Matthew**_____ __**Clawson**_____          Case number *(if known)* _____

First Name        Middle Name        Last Name

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15.   Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**  I am currently on active military duty in a military combat zone. | ☐ **Active duty.**  I am currently on active military duty in a military combat zone. |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1    **Matthew**                    **Clawson**                                    Case number *(if known)* _____
            First Name        Middle Name    Last Name

| | |
|---|---|
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

---

**Part 6:    Answer These Questions for Reporting Purposes**

16. **What kind of debts do you have?**

    16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☒ No. Go to line 16b.
    ☐ Yes. Go to line 17.

    16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☒ Yes. Go to line 17.

    16c.   State the type of debts you owe that are not consumer debts or business debts.

17. **Are you filing under Chapter 7?**

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☐ No.    I am not filing under Chapter 7. Go to line 18.
    ☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☒ No
    ☐ Yes

18. **How many creditors do you estimate that you owe?**

    ☐ 1-49
    ☒ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

    ☒ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million

    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million

    ☒ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million

    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

Debtor 1    **Matthew**          **Clawson**            Case number *(if known)* _____
         First Name       Middle Name     Last Name

---

**Part 7:**    **Sign Below**

---

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗   **/s/ Matthew Clawson** _____      ✗ _____
     Signature of Debtor 1                             Signature of Debtor 2

Executed on   **7/20/2023** _____        Executed on _____
                MM/DD/YYYY                                   MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗   **/s/ Todd Headden** _____      Date   **07/20/2023** _____
     Signature of Attorney for Debtor                               MM/DD/YYYY

     **Todd Headden** _____
     Printed name

     **Hayward PLLC** _____
     Firm name

     **7600 Burnet Road, Suite 530** _____
     Number           Street

     **Austin** _____    **TX** _____    **78757** _____
     City                          State         Zip Code

     Contact phone   **(737) 881-7100** _____     Email address   **theadden@haywardfirm.com**

     **24096285** _____     **Texas** _____
     Bar number                           State

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew** | **Clawson** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **Western District of Texas**

Case number
_____
(If known):

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................ | $ **0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .................................................. | $ **22,389.86** |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................................ | $ **22,389.86** |

**Part 2:    Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* .... | $ **0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..................................... | $ **601,196.16** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................... | + $ **581,950.34** |
| **Your total liabilities** | $ **1,183,146.50** |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................. | $ **10,223.40** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................................................ | $ **11,532.61** |

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 0.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 601,196.16 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 69,960.61 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 671,156.77 |

**Fill in this information to identify your case and this filing:**

Debtor 1    __Matthew__             __Clawson__
        First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☑ No. Go to Part 2.
   - ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................................➔   $ _____ 0.00

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

**3.1.**   Make:    __Mitsubishi__

Model:    __Starion__

Year:    __1989__

Approximate mileage:   __140,000__

Other information:

| Does not run. Hasn't been registered since 2014 |
| --- |

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $ _____ 1,500.00

Current value of the portion you own?   $ _____ 1,500.00

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1   **Matthew** _____   **Clawson** _____     Case number (if known) _____
First Name        Middle Name           Last Name

**3.2.**   Make:        **Toyota**

Model:       **FJ Cruiser**

Year:        **2008**

Approximate mileage:   **169,875**

Other information:

Requires Transmission
Replacement
Spouses primary transportation

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $            **11,827.00** | $            **11,827.00** |

**3.3.**   Make:        **Toyota**

Model:       **Landcruiser**

Year:        **1993**

Approximate mileage:   **338,369**

Other information:

Requires Engine Rebuild
My primary transportation

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $            **3,452.00** | $            **3,452.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you will have attached for Part 2. Write that number here** ............................................................ ➜   $            **16,779.00**

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?  Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**
☐ No
☒ Yes. Describe............................   | Washer. Dryer, Home Furniture, and Kitchenware |   $            **2,500.00**

7.   **Electronics**
☐ No
☒ Yes. Describe............................   | Two older model TV's and two home computers |   $            **1,000.00**

8.   **Collectibles of value**
☒ No
☐ Yes. Describe............................   |  |   $            _____

Official Form 106A/B                    **Schedule A/B: Property**                    page 2 of 9

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

9. **Equipment for sports and hobbies**
   - ☐ No
   - ☒ Yes. Describe...........................

   | | |
   |---|---|
   | Exercise Equipment: Weight Bench, Free Weights, Rowing Machine, and Elliptical Machine | $ _____400.00 |

10. **Firearms**
    - ☒ No
    - ☐ Yes. Describe...........................

    | | |
    |---|---|
    | | $ _____ |

11. **Clothes**
    - ☐ No
    - ☒ Yes. Describe...........................

    | | |
    |---|---|
    | Typical everyday clothing. No designer clothing or suits. | $ _____300.00 |

12. **Jewelry**
    - ☐ No
    - ☒ Yes. Describe...........................

    | | |
    |---|---|
    | Garmin Fenix 5 Watch. | $ _____250.00 |

13. **Non-farm animals**
    - ☒ No
    - ☐ Yes. Describe...........................

    | | |
    |---|---|
    | | $ _____ |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes. Describe...........................

    | | |
    |---|---|
    | | $ _____ |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................ ➔  $ _____4,450.00

| Part 4: | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   - ☒ No
   - ☐ Yes ....................................

   | | |
   |---|---|
   | | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1    **Matthew** _____ **Clawson** _____    Case number *(if known)* _____
First Name         Middle Name         Last Name

17. **Deposits of Money**

☐ No

☑ Yes ......................................    Institution name:

| | | | |
|---|---|---|---|
| **17.1.** Checking Account | **Frost Bank (Account is in Wife's name)** | $ | 492.48 |
| **17.2.** Checking Account | **Frost Bank (Account is in Wife's name)** | $ | 16.85 |
| **17.3.** Savings Account | **Ally Bank** | $ | 7.25 |
| **17.4.** Savings Account | **Frost Bank (Account is in Wife's name)** | $ | 14.45 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ......................................    Institution or issuer name:

_____    $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them................................    Name of entity:                         % of ownership:

**19.1** **Environs Architectural Millwork, LLC**    **100.00**   %   $   **0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them................................    Issuer name:

_____    $ _____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

Type of account:                         Institution name:

**21.1 American Funds Traditional IRA**    **Account# 4000481068**    $   **500.74**

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ......................................    Institution name or individual:

_____    $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ......................................    Issuer name and description:

_____    $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ......................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $ _____

Debtor 1    **Matthew**                    **Clawson**                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

  ☑ No

  ☐ Yes. Describe…………....................                                                            $ _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

  ☑ No

  ☐ Yes. Describe…………....................                                                            $ _____

**27.** **Licenses, franchises, and other general intangibles**

  ☑ No

  ☐ Yes. Describe…………....................                                                            $ _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

  ☑ No

  ☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years. ..…………....

Federal:  $ _____
State:  $ _____
Local:  $ _____

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

  ☑ No

  ☐ Yes. Give specific information ...........

Alimony:  $ _____
Maintenance:  $ _____
Support:  $ _____
Divorce settlement:  $ _____
Property settlement:  $ _____

**30.** **Other amounts someone owes you**

  ☑ No

  ☐ Yes. Give specific information. ........                                                        $ _____

**31.** **Interests in insurance policies**

  ☐ No

  ☑ Yes. Name the insurance company of each policy and list its value ......

Company name:  **HSA Bank**

Beneficiary:  **Primary Debtor**

Surrender or refund value:  $ _____ **129.09**

---

Debtor 1  **Matthew** _____ **Clawson** _____  Case number *(if known)* _____

First Name    Middle Name    Last Name

32. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe…………….………    $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Describe…………….………    $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe…………….………    $ _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Describe…………….………    $ _____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................➜    $ _____1,160.86_____

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe…………….………    $ _____

39. **Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe…………….………    $ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe…………….………    $ _____

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1  **Matthew** _____ **Clawson** _____  Case number *(if known)* _____
First Name         Middle Name         Last Name

**41. Inventory**

☒ No

☐ Yes. Describe………………........……  [                    ]  $ _____

**42. Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe ................................  Name of entity:                  % of ownership:

_____  _____ **0.00** %  $ _____

**43. Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe……………....  [                    ]  $ _____

**44. Any business-related property you did not already list**

☒ No

☐ Yes. Give specific information ………

_____  $ _____

**45. Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ………………………………………………………………→  $ _____ **0.00**

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

|  |  | Current value of the portion you own? |
| --- | --- | --- |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own?

Do not deduct secured claims or exemptions.

**47. Farm animals**

☒ No

☐ Yes. Describe………………....……  [                    ]  $ _____

**48. Crops - either growing or harvested**

☒ No

☐ Yes. Describe………………....……  [                    ]  $ _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 7 of 9

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1    **Matthew**                    **Clawson**                        Case number *(if known)* _____
            First Name    Middle Name     Last Name

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes. Describe………….....……..    [                    ]    $ _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes. Describe………….....……..    [                    ]    $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Describe………….....……..    [                    ]    $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..............................................................➔  $ _____ **0.00**

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---------|-------------------------------------------------------------------------------------|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information………..    [                    ]    $ _____ **0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................➔  $ _____ **0.00**

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor 1   **Matthew** _____ **Clawson** _____   Case number *(if known)* _____

First Name          Middle Name          Last Name

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.   **Part 1: Total real estate, line 2** ...........................................................................➔   $ _____ **0.00**

56.   **Part 2: Total vehicles, line 5**   $ _____ **16,779.00**

57.   **Part 3: Total personal and household items, line 15**   $ _____ **4,450.00**

58.   **Part 4: Total financial assets, line 36**   $ _____ **1,160.86**

59.   **Part 5: Total business-related property, line 45**   $ _____ **0.00**

60.   **Part 6: Total farm- and fishing-related property, line 52**   $ _____ **0.00**

61.   **Part 7: Total other property not listed, line 54**   **+**   $ _____ **0.00**

62.   **Total personal property.** Add line 56 through 61...................   $ _____ **22,389.86**   Copy personal property total ➔   **+** $ _____ **22,389.86**

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................   $ _____ **22,389.86**

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor 1 __Matthew__ __Clawson__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __Western District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: Property You Claim as Exempt                                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: **Washer. Dryer, Home Furniture, and Kitchenware** <br> Line from *Schedule A/B* **6.1** | $ 2,500.00 | ☐ $ _____ <br> ☑ 100% of fair market value up to any applicable statutory limit | **Tex. Prop. Code § 42.002(a)(1)** |
| Brief description: **Two older model TV's and two home computers** <br> Line from *Schedule A/B* **7.1** | $ 1,000.00 | ☐ $ _____ <br> ☑ 100% of fair market value up to any applicable statutory limit | **Tex. Prop. Code § 42.002(a)(1)** |
| Brief description: **Exercise Equipment: Weight Bench, Free Weights, Rowing Machine, and Elliptical Machine** <br> Line from *Schedule A/B* **9.1** | $ 400.00 | ☐ $ _____ <br> ☑ 100% of fair market value up to any applicable statutory limit | **Tex. Prop. Code § 42.002(a)(8)** |

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1    __**Matthew**_____    __**Clawson**_____    Case number *(if known)*    _____
                First Name          Middle Name              Last Name

| | | | | |
|---|---|---|---|---|
| Brief description: | **Typical everyday clothing. No designer clothing or suits.** | $ _____ 300.00 | ☐ $ _____ | **Tex. Prop. Code § 42.002 (a)(2),(5)** |
| Line from *Schedule A/B* | __11.1__ | | ☑ 100% of fair market value up to any applicable statutory limit | |
| Brief description: | **Garmin Fenix 5 Watch.** | $ _____ 250.00 | ☐ $ _____ | **Tex. Prop. Code § 42.002(a)(6)** |
| Line from *Schedule A/B* | __12.1__ | | ☑ 100% of fair market value up to any applicable statutory limit | |
| Brief description: | **Account# 4000481068** | $ _____ 500.74 | ☐ $ _____ | **Federal 11 USC § 522(d)(12)** |
| Line from *Schedule A/B* | __21.1__ | | ☑ 100% of fair market value up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor 1    __Matthew_____    __Clawson_____
            First Name                    Middle Name                    Last Name

Debtor 2    _____
(Spouse, if filing)  First Name          Middle Name                    Last Name

United States Bankruptcy Court for the:  __Western District of Texas___

Case number (if known):  _____

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ _____0.00 |
|---|---|

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor 1     **Matthew**                                    **Clawson**                    Case number *(if known)*  _____
             First Name        Middle Name        Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|--------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Matthew** | | **Clawson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number *(if known)*: _____

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number __7050__ | | $ __104,398.73__ | $ __0.00__ | $ __0.00__ |
| | Priority Creditor's Name | When was the debt incurred? __2016__ | | | | |

**Centralized Insolvency Office**
**PO Box 7346**
_____
Number    Street

**Philadelphia        PA      19101-7346**
_____
City                State    Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Description:**

| Personal 1040 taxes for tax years 2016,2017,2018 |
|---|

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**2.2**

**Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Office**
**PO Box 7346**
Number     Street

**Philadelphia     PA    19101-7346**
City             State   Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____  $  **495,000.00**  $ _____ 0.00  $ _____ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Description:**

| **Unpaid Environs 941 taxes** |
|---|

---

**2.3**

**Texas Comptroller of Public**
**Accounts**
Priority Creditor's Name

**PO Box 149348**
Number     Street

**Austin              TX    78714-9348**
City             State   Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **7038**  $  **1,797.43**  $ _____ 0.00  $ _____ 0.00
**11/15/202**

**When was the debt incurred?** **2**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☒ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Description:**

| **2022 Franchise Taxes for Environs Millwork.** |
|---|

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor 1    **Matthew**                    **Clawson**                    Case number *(if known)* _____

          First Name    Middle Name    Last Name

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.**    **Do any creditors have nonpriority unsecured claims against you?**

      ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

      ☒ Yes.

**4.**    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                     **Total claim**

**4.1**   **4 Wheel Parts / Synchrony Care Care**
Nonpriority Creditor's Name

     **PO Box 960061**
Number    Street

     **Orlando**      **FL**   **32896**
City       State   Zip Code

Last 4 digits of account number    **4812**           $      **1,256.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description:**

| **Personal Credit Card** |

**4.2**   **A.R.M. Solutions, Inc**
Nonpriority Creditor's Name

     **PO Box 2929**
Number    Street

     **Camarillo**    **CA**   **93011**
City       State   Zip Code

Last 4 digits of account number    **7358**           $      **575.64**

**When was the debt incurred?**   **1/31/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description:**

| **Originally Waterlogic USA**<br><br>**company bought by Quench USA, Inc after debt was incurred. Debt sold to A.R.M. Solutions, Inc.** |

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.3**

**American Express**
Nonpriority Creditor's Name

**PO Box 650448**
Number     Street

**Dallas**          **TX    75265**
City          State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**     **7007**          $          **49,077.70**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Business Credit Card**

**Description:**

| **Environs Business Platinum Card with personal guarantee** |
|---|

---

**4.4**

**Art-Centric**
Nonpriority Creditor's Name

**417 Lincolnshire Dr**
Number     Street

**Irving**          **TX    75061**
City          State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**     _____     $          **3,899.62**

**When was the debt incurred?**     **7/6/18**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **Environs Trade Debt**

**Description:**

| **Environs Trade Debt** |
|---|

---

Copyright © Financial Software Solutions, LLC                                                                                                              BlueStylus

Debtor 1  **Matthew** _____ **Clawson** _____  Case number *(if known)* _____
First Name      Middle Name      Last Name

---

| 4.5 | **Bruce Elfant** | Last 4 digits of account number _____ **0000** _____ | $ _____ **11,205.43** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**Assessor and Collector of Taxes**
**Travis County Tax Office**
**2433 Ridgepoint Dr**
Number      Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
**Austin** _____ **TX** _____ **78754**
☐ Unliquidated
City      State   Zip Code
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Description:

**Personal Property Taxes for Environs Architectural Millwork**

---

| 4.6 | **Caine & Wiener Company, Inc** | Last 4 digits of account number _____ **3705** _____ | $ _____ **50,805.53** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**5805 Sepulveda Blvd, 4th Floor**
Number      Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
**Sherman Oaks** _____ **CA** _____ **91411**
☐ Unliquidated
City      State   Zip Code
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **collections**

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Description:

**Collections for original creditor:**

**DLL Financial**

**1111 Old Eagle School Road**

**Wayne, PA 19087**

**I am no longer in possession of the equipment that was leased through DLL**

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor 1    **Matthew**                    **Clawson**                          Case number *(if known)* _____
          First Name          Middle Name          Last Name

---

| **4.7** | **Capital One** | **Last 4 digits of account number** | **4405** | $ | **3,508.08** |

Nonpriority Creditor's Name

**PO Box 60599**

Number    Street

**City of Industry    CA    91716**

City          State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **2/6/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Personal Credit Card used for Environs**

---

| **4.8** | **Capital One** | **Last 4 digits of account number** | **9490** | $ | **1,934.15** |

Nonpriority Creditor's Name

**PO Box 60599**

Number    Street

**City of Industry    CA    91716**

City          State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **3/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Credit Card**

---

| Debtor 1 | Matthew | | Clawson | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **4.9** | **Capital One** | Last 4 digits of account number | **6179** | $ | **4,134.25** |

Nonpriority Creditor's Name

When was the debt incurred?    **3/01/2023**

**PO Box 60519**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**City of Industry    CA    91716**

City    State    Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description:**

**Credit Card**

| **4.10** | **Cawley & Bergmann** | Last 4 digits of account number | | $ | **2,179.04** |

Nonpriority Creditor's Name

When was the debt incurred?    **2/3/2023**

**550 Broad Street, Suite 1001**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

**Newark    NY    07102**

City    State    Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description:**

**Original Creditor:**

**Lending Club**

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.11**

**Chase Bank**
Nonpriority Creditor's Name

**PO Box 15548**
Number     Street

**Wilmington          DE      19886**
City                    State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **3315**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Credit Card**

**Description:**

**Environs Business Credit Card**

$          **8,043.40**

---

**4.12**

**Chase Visa**
Nonpriority Creditor's Name

**Cardmember Service**
**PO Box 6294**
Number     Street

**Carol Stream       IL      60197**
City                    State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **6289**

**When was the debt incurred?**   **3/01/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   _____

**Description:**

**Amazon Visa Card issued by Chase Bank**

$          **5,703.56**

---

Debtor 1    **Matthew**                      **Clawson**              Case number *(if known)* _____
            First Name        Middle Name     Last Name

---

| **4.13** | **City of Austin** | | Last 4 digits of account number __9339__ | $ | 5,265.16 |

**City of Austin**
Nonpriority Creditor's Name

**PO Box 2267**
Number    Street

**Austin          TX    78783**
City          State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __9339__

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Business Utility Bill__

**Description:**

**Environs Utility Bill Unpaid balance**

$                    5,265.16

---

| **4.14** | **Coast to Coast Financial Solutions** | | Last 4 digits of account number __56-3__ | $ | 1,758.39 |

**Coast to Coast Financial Solutions**
Nonpriority Creditor's Name

**101 Hodencamp Rd., Suite 120**
Number    Street

**Thousand Oaks   CA   91360**
City          State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __56-3__

When was the debt incurred?  __12/30/21__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Collections__

**Description:**

**Environs Dumpster Service**

**Original Creditor:**

**JJ's Waste & Recycling (Formerly Central Waste & Recycling)**

**2301 W. Whitestone Blvd, Ste E1**

**Cedar Park, TX 78613**

$                    1,758.39

---

| Debtor 1 | **Matthew** | **Clawson** | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**4.15**

**Commercial & Medical Credit Services**
Nonpriority Creditor's Name

**9844 Lorene**
Number     Street

**San Antonio**      **TX**    **78216**
City                State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     **7221**          $          **560.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collections**

**Description:**

**Collections for Environs' Commercial Checking Account**

**Original Creditor:**

**Frost Bank**

**605 Canyon Ridge Dr**

**Austin, TX 78753**

**Business Checking ending in 1900.**

---

**4.16**

**Dakota Hardwoods**
Nonpriority Creditor's Name

**PO Box 840764**
Number     Street

**Dallas**      **TX**    **75284**
City                State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number     **0001**          $          **5,608.65**

**When was the debt incurred?**     **2/21/22**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Trade Debt**

**Description:**

**Environs Trade Debt**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1    **Matthew**                    **Clawson**                    Case number *(if known)* _____
        First Name      Middle Name      Last Name

---

| 4.17 | **Echobella, LLC** | Last 4 digits of account number _____ | $ 39,600.00 |

Nonpriority Creditor's Name

**13279 Rhoda Dr**
Number    Street

When was the debt incurred?    **1/01/2022**

**Los Altos Hills    CA    74022**
City    State    Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Description:

> Environs unpaid rent from 2/1/2022 through 7/31/22.
>
> Does not include any penalties that landlord may have imposed.

---

| 4.18 | **Everest Business Funding** | Last 4 digits of account number    **7683** | $ 39,412.00 |

Nonpriority Creditor's Name

**8200 SW 52nd Terrace, 2nd Floor**
Number    Street

When was the debt incurred?    **1/6/22**

**Miami    FL    33166**
City    State    Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Description:

> Environs MCA Loan
>
> Collection Agency:
>
> Recovery Solutions Group, LLC
>
> 1008 Mattlind Way
>
> Milford, DE 19963

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1    **Matthew**                    **Clawson**                    Case number *(if known)* _____
_____
First Name            Middle Name            Last Name

---

**4.19**    **Fin Wise Bank**                        Last 4 digits of account number    **0949**          $         **12,923.62**
Nonpriority Creditor's Name
                                            When was the debt incurred?    **3/01/2023**

**756 E. Winchester Street, Suite 100**
Number       Street                         **As of the date you file, the claim is:** Check all that apply.
                                            ☐ Contingent
**Murray**            **UT**    **84107**            ☐ Unliquidated
City                State    Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                  you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ☐ Other. Specify _____
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**          Description:
☒ No                                        ┌─────────────────────────────────────────────┐
☐ Yes                                       │ **Matt Clawson Personal Loan with funds distributed** │
                                            │ **to Environs**                                │
                                            └─────────────────────────────────────────────┘

---

**4.20**    **Forward Financing**                    Last 4 digits of account number    _____      $         **11,440.00**
Nonpriority Creditor's Name
                                            When was the debt incurred?    **12/27/21**

**53 State St., 20th Floor**
Number       Street                         **As of the date you file, the claim is:** Check all that apply.
                                            ☐ Contingent
**Boston**            **MA**    **02109**            ☐ Unliquidated
City                State    Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                             ☐ Student loans
☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                  you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ☐ Other. Specify _____
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**          Description:
☒ No                                        ┌─────────────────────────────────────────────┐
☐ Yes                                       │ **Environs MCA Loan**                          │
                                            └─────────────────────────────────────────────┘

---

Debtor 1    **Matthew**                         **Clawson**            Case number *(if known)* _____
_____
First Name        Middle Name           Last Name

---

**4.21**    **Fox Capital Group, Inc**

Nonpriority Creditor's Name

**140 Broadway, 4th Floor**

Number    Street

**New York**        **NY**    **10005**

City        State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____    $ _____ **48,021.03**

**When was the debt incurred?**    **11/15/21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Description:**

> **Environs MCA Loan**
>
> **Attorney:**
>
> **Zachter PLLC**
>
> **30 Wall Street, 8th Floor**
>
> **New York, NY 10005**
>
> **126th District Court**
>
> **Case# D-1-FN-22-003360**
>
> **\*Claim amount does not include "interest, costs, disbursements, and attorney fees."**

---

**4.22**    **Frama-Tech**

Nonpriority Creditor's Name

**7552 Navarre Parkway Unit 20**

Number    Street

**Navarre**        **FL**    **32566**

City        State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**    **2731**    $ _____ **330.20**

**When was the debt incurred?**    **12/12/21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Trade Debt**

**Description:**

> **Environs Trade Debt**

---

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.23** | **Gecko Solid Surface Solutions**
Nonpriority Creditor's Name

**4630 Sinclair Road**
Number       Street

**San Antonio          TX     78222**
City                State     Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          $          **19,392.15**

**When was the debt incurred?**     **10/14/19**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Trade Debt**

**Description:**

**Environs Trade Debt**

---

**4.24** | **Greenberg, Grant & Richards, Inc**
Nonpriority Creditor's Name

**PO Box 571811**
Number       Street

**Houston          TX     77257**
City                State     Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          $          **4,755.65**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business Credit Card**

**Description:**

**Business Credit Card**

**Original Creditor:**

**Wex Universal**

**PO Box 639**

**Portland, ME 04104**

---

Copyright © Financial Software Solutions, LLC                                                                     BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.25**

**Hardware Resources**
Nonpriority Creditor's Name

**PO Box 732674**
Number     Street

**Dallas**          **TX**    **75373**
City          State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___V009___          $          2,735.06

**When was the debt incurred?**   ___2/7/22___

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Trade Debt**

**Description:**

**Environs Trade Debt**

---

**4.26**

**Hartstone Studio & Design**
Nonpriority Creditor's Name

**1834 Ferguson Lane, Ste 1501**
Number     Street

**Austin**          **TX**    **78754**
City          State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $          90,313.50

**When was the debt incurred?**   ___7/16/21___

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Trade Debt**

**Description:**

**Environs Trade Debt**

---

Debtor 1  **Matthew**  **Clawson**  Case number *(if known)* _____
First Name  Middle Name  Last Name

---

**4.27**  **Home Depot**  Last 4 digits of account number  **4674**  $  **5,446.45**
Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 9001030**

Number  Street  As of the date you file, the claim is: Check all that apply.
☐ Contingent
**Louisville**  **KY**  **40290**  ☐ Unliquidated
City  State  Zip Code  ☐ Disputed

**Who incurred the debt?** Check one.  **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only  ☐ Student loans
☐ Debtor 2 only  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another  ☑ Other. Specify  **Business Credit Card**

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**  **Description:**
☑ No  **Environs Business Credit Card**
☐ Yes

---

**4.28**  **Home Depot**  Last 4 digits of account number  **4576**  $  **9,395.99**
Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 790328**

Number  Street  As of the date you file, the claim is: Check all that apply.
☐ Contingent
**St Louis**  **MO**  **63179**  ☐ Unliquidated
City  State  Zip Code  ☐ Disputed

**Who incurred the debt?** Check one.  **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only  ☐ Student loans
☐ Debtor 2 only  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another  ☐ Other. Specify  _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**  **Description:**
☑ No  **Credit Card account**
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.29** | **I.C. System, Inc**
Nonpriority Creditor's Name

**PO Box 64378**
Number     Street

**St. Paul**          **MN**    **55164**
City                    State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    $          **939.56**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Collections**

**Description:**

> **Environs company cell phones**
>
> **Original Creditor:**
>
> **AT&T Mobility**
>
> **PO Box 6416**
>
> **Carol Stream, IL 60197**

---

**4.30** | **Joseph, Mann & Creed**
Nonpriority Creditor's Name

**8948 Canyon Falls Blvd, Suite 200**
Number     Street

**Twinsburg**          **OH**    **44087**
City                    State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __**2680**__    $        **1,945.00**

**When was the debt incurred?** __**12/5/2022**__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Description:**

> **Original Creditor:**
>
> **AmTrust Financial**
>
> **800 Superior Avenue E**
>
> **Cleveland, OH 44114**
>
> **Environs Worker's Comp insurance unpaid audit.**

---

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.31**

**Kalamata Capital Group**
Nonpriority Creditor's Name

**80 Broad St., Suite 1201**
Number        Street

**New York**              **NY**    **10004**
City                State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____        $        **20,640.00**

**When was the debt incurred?**    **11/12/21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Description:**

**Environs MCA Loan**

**New York Court Case**

**Control# 202203240154**

**Index# 132397-2022**

---

**4.32**

**Laminart**
Nonpriority Creditor's Name

**29054 Network Place**
Number        Street

**Chicago**              **IL**    **60673**
City                State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **5582**        $        **895.46**

**When was the debt incurred?**    **9/15/21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Trade Debt**

**Description:**

**Environs Trade Debt**

---

| Debtor 1 | **Matthew** | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**4.33**

**Lease Corporation of America**
Nonpriority Creditor's Name

**3150 Livernois Rd., Suite 300**
Number      Street

**Troy**              **MI**    **48083**
City              State    Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $ _____33,160.80

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Lease**

**Description:**

Environs Business Lease for Dell Servers

*Claim amount is the amount shown as left on the lease at the time of default. Servers are no longer in my possession.

---

**4.34**

**Lending Club**
Nonpriority Creditor's Name

**595 Market St**
Number      Street

**San Francisco**    **CA**    **94105**
City              State    Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $ _____1,953.55

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

**Description:**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1    **Matthew**                          **Clawson**                     Case number *(if known)* _____
           First Name      Middle Name        Last Name

---

**4.35**  **Lowe's / Synchrony Bank**                Last 4 digits of account number    **8627**              $          **4,781.01**
         Nonpriority Creditor's Name
                                                  When was the debt incurred?        **3/01/2023**
         **PO Box 530914**

         Number      Street                      As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
         **Atlanta**            **GA**    **30353**      ☐ Unliquidated
         City               State   Zip Code    ☐ Disputed

         **Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
         ☒ Debtor 1 only                          ☐ Student loans
         ☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce that
                                                     you did not report as priority claims
         ☐ Debtor 1 and Debtor 2 only             ☐ Debts to pension or profit-sharing plans, and other similar debts
         ☐ At least one of the debtors and another ☐ Other. Specify _____

         ☐ Check if this claim relates to a community debt

         **Is the claim subject to offset?**          Description:
         ☒ No                                     ┌─────────────────────────────────┐
         ☐ Yes                                    │ **Credit Card**                     │
                                                  └─────────────────────────────────┘

---

**4.36**  **Merrick Bank**                          Last 4 digits of account number    **1136**              $          **2,185.06**
         Nonpriority Creditor's Name
                                                  When was the debt incurred?        _____
         **PO Box 660702**

         Number      Street                      As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
         **Dallas**            **TX**    **75266**       ☐ Unliquidated
         City               State   Zip Code    ☐ Disputed

         **Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
         ☒ Debtor 1 only                          ☐ Student loans
         ☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce that
                                                     you did not report as priority claims
         ☐ Debtor 1 and Debtor 2 only             ☐ Debts to pension or profit-sharing plans, and other similar debts
         ☐ At least one of the debtors and another ☐ Other. Specify _____

         ☐ Check if this claim relates to a community debt

         **Is the claim subject to offset?**          Description:
         ☒ No                                     ┌─────────────────────────────────┐
         ☐ Yes                                    │ **Personal Credit Card**            │
                                                  └─────────────────────────────────┘

---

Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

| Debtor 1 | **Matthew** | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**4.37** | **National Healthcare Collections**
Nonpriority Creditor's Name

**17998 Chesterfield Airport Rd., Ste. 215**

| Number | Street |
|---|---|

**Chesterfield        MO      63005**

City                State     Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**      **9768**

**When was the debt incurred?**      **5/12/2022**

$ **379.99**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Description:**

**Westlake Dermatology Medical bill**

---

**4.38** | **Nelnet**
Nonpriority Creditor's Name

**PO Box 82561**

| Number | Street |
|---|---|

**Lincoln          NE      68501**

City                State     Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**      **9827**

**When was the debt incurred?**

$ **69,960.61**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Description:**

**Parent portion for student loans for my son, Liam Parkes to attend Texas State University**

---

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**4.39**

**Republic Bank & Trust Company**
Nonpriority Creditor's Name

**4030 Smith Road**
Number     Street

**Cincinnati     OH     45209**
City          State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** _____     $ _____1,046.63

**When was the debt incurred?**     3/01/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Description:**

| Online Personal Loan (Elastic) |
|---|

---

**4.40**

**Republic Finance**
Nonpriority Creditor's Name

**7031 Commerce Cir.**
Number     Street

**Baton Rouge     LA     70709**
City          State    Zip Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**     4586     $ _____2,574.00

**When was the debt incurred?**     3/01/2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**Description:**

| Personal loan with funds distributed to Environs |
|---|

---

Debtor 1  **Matthew**                    **Clawson**                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

---

**4.41**

**Salling Madeley PC**
Nonpriority Creditor's Name

**2525 South Lamar Blvd, No. 9**
Number      Street

**Austin            TX    78704**
City            State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        $            3,900.00

**When was the debt incurred?**    1/20/20

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Description:**

**Accounting Services**

---

**4.42**

**Secure Funding Source, LLC**
Nonpriority Creditor's Name

**495 Flatbush Ave**
Number      Street

**Brooklyn          NY    11225**
City            State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        $           75,744.94

**When was the debt incurred?**    3/11/22

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Description:**

**Environs MCA**

**Lawsuit filed in New York**

**Index No: 510997/2022**

---

Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.43**

**Small Business Administration**
Nonpriority Creditor's Name

**Office of Disaster Assistance**
**14925 Kingsport Rd**
Number     Street

**Fort Worth          TX     76115**
City                    State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number          7410**          $          121,200.00

**When was the debt incurred?          5/18/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Environs Millwork EIDL loan**

---

**4.44**

**Sunrise Credit Services, Inc.**
Nonpriority Creditor's Name

**PO Box 9100**
Number     Street

**Farmingdale          NY     11735**
City                    State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number          0392**          $          502.54

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

**Description:**

**Collection agency for Environs business phone and internet.**

**Original Creditor:**

**Suddenlink Communications**

**PO Box 70340**

**Philadelphia, PA 19176**

---

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

Debtor 1    **Matthew**      **Clawson**      Case number *(if known)* _____
           First Name        Middle Name        Last Name

---

**4.45** | **Synchrony Bank** | Last 4 digits of account number   **6013** | $   **3,160.13**
Nonpriority Creditor's Name

**PO Box 960013**
Number    Street          When was the debt incurred? _____

**Orlando**    **FL**    **32896**
City      State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

Amazon Store - Personal Credit Card

---

**4.46** | **TD Bank, N.A.** | Last 4 digits of account number   **3613** | $   **7,697.23**
Nonpriority Creditor's Name

When was the debt incurred?   **3/1/2023**

**PO Box 84037**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Columbus**    **GA**    **31908**
City      State    Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

Personal Credit Card

---

Debtor 1     **Matthew**                     **Clawson**              Case number *(if known)* _____
            First Name        Middle Name    Last Name

---

| **4.47** | **The Weatherford Co., Inc** | | |
|---|---|---|---|

**The Weatherford Co., Inc**
Nonpriority Creditor's Name

**900 Shelby Lane, Unit 4**
Number     Street

**Austin**          **TX**    **78745**
City          State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____     $          954.72

**When was the debt incurred?**     9/15/21

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Trade Debt**

**Description:**

> **Environs Trade Debt**

---

| **4.48** | **The Wood Gallery** | | |
|---|---|---|---|

**The Wood Gallery**
Nonpriority Creditor's Name

**10724 Goodnight Lane**
Number     Street

**Dallas**          **TX**    **75220**
City          State   Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____     $        2,667.65

**When was the debt incurred?**     6/7/21

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Trade Debt**

**Description:**

> **Environs Trade Debt**

---

Debtor 1    **Matthew**                    **Clawson**                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

---

**4.49**    **Travis Tile Sales**                          Last 4 digits of account number    **0570**          $          **10,054.88**
Nonpriority Creditor's Name
When was the debt incurred?    **6/7/21**
**PO Box 2272**
Number      Street                            As of the date you file, the claim is: Check all that apply.
☐ Contingent
**Austin**              **TX**    **78768**          ☐ Unliquidated
City                  State    Zip Code          ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                      you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Trade Debt**
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**            **Description:**
☒ No                                  ┌─────────────────────────────────────┐
☐ Yes                                 │ **Environs Business Trade Debt**       │
                                      └─────────────────────────────────────┘

---

**4.50**    **TSI Commercial Division**                    Last 4 digits of account number    _____          $          **2,562.82**
Nonpriority Creditor's Name
When was the debt incurred?    **2/7/22**
**500 Virginia Dr #514**
Number      Street                            As of the date you file, the claim is: Check all that apply.
☐ Contingent
**Ft. Washington**      **PA**    **19034**          ☐ Unliquidated
City                  State    Zip Code          ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only                      you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Collections**
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**            **Description:**
☒ No                                  ┌─────────────────────────────────────┐
☐ Yes                                 │ **Environs Trade Debt:**               │
                                      │ **Original Creditor:**                 │
                                      │ **Top Knobs**                         │
                                      │ **29770 Network Place**               │
                                      │ **Chicago, IL 60673**                 │
                                      └─────────────────────────────────────┘

---

Copyright © Financial Software Solutions, LLC                                            BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.51**

**Tucker, Albin & Associates**
Nonpriority Creditor's Name

**1702 Collins Blvd, Suite 100**
Number        Street

**Richardson          TX     75080**
City                    State     Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **0002**          $          **20,473.20**

When was the debt incurred?    **10/31/21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Collections on Business Trade Debt**

**Description:**

**Environs Business Trade Debt**

**Original Creditor:**

**Rugby ABP**

**PO Box 842735**

**San Antonio, TX 78284**

---

**4.52**

**Waste Connections**
Nonpriority Creditor's Name

**PO Box 17608**
Number        Street

**Austin          TX     78760**
City                    State     Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **0015**          $          **147.17**

When was the debt incurred?    **3/11/22**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Trade Debt**

**Description:**

**Environs Recycling Service**

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**4.53**

**Worth Finance Corp.**
Nonpriority Creditor's Name

**11800 Anderson Mill Rd**
Number      Street

**Austin          TX      78726**
City          State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**      **7177**          $          **948.07**

**When was the debt incurred?**      **3/01/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Description:**

**Personal Loan**

---

**4.54**

**Wurth Louis & Company**
Nonpriority Creditor's Name

**PO Box 2253**
Number      Street

**Brea              CA      92822**
City          State    Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**      **5769**          $          **8,622.71**

**When was the debt incurred?**      **11/2/21**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify      **Trade Debt**

**Description:**

**Environs Business Trade Debt**

---

| **Part 3:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**AmTrust Financial**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**800 Superior Ave. E**
Number        Street

Line  **4.30**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Cleveland**        **OH**        **44114**
City                State        Zip Code

Last 4 digits of account number    **2680**

---

**AT&T Mobility**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**PO Box 6416**
Number        Street

Line  **4.29**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Carol Stream**        **IL**        **60197**
City                State        Zip Code

Last 4 digits of account number    _____

---

**Berkovitch & Bouskila, PLLC**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**80 Broad Street, Suite 3303**
Number        Street

Line  **4.31**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**New York**        **NY**        **10004**
City                State        Zip Code

Last 4 digits of account number    _____

---

**DLL Financial**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**1111 Old Eagle School Road**
Number        Street

Line  **4.6**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Wayne**        **PA**        **19087**
City                State        Zip Code

Last 4 digits of account number    **3705**

---

**Frost Bank**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**605 Canyon Ridge Dr.**
Number        Street

Line  **4.15**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin**        **TX**        **78753**
City                State        Zip Code

Last 4 digits of account number    **7221**

---

**Frost Bank**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**605 Canyon Ridge Dr**
Number        Street

Line  **4.15**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin**        **TX**        **78753**
City                State        Zip Code

Last 4 digits of account number    **7221**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**JJ's Waste & Recycling**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**2301 W. Whitestone Blvd., Suite E1**
Number        Street

Line ___**4.14**___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Cedar Park**              **TX**        **78613**
City                         State      Zip Code

Last 4 digits of account number ___**56-3**___

---

**JJ's Waste & Recycling fka Central Waste & Recycling**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**2301 W. Whitestone Blvd, Ste. E1**
Number        Street

Line ___**4.14**___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Cedar Park**              **TX**        **78613**
City                         State      Zip Code

Last 4 digits of account number ___**56-3**___

---

**Radius Global Solutions, LLC**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**7831 Glenroy Road, Suite 250-A**
Number        Street

Line ___**4.28**___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Minneapolis**             **MN**        **55439**
City                         State      Zip Code

Last 4 digits of account number ___**4576**___

---

**Recovery Solutions Group, LLC**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**1008 Mattlind Way**
Number        Street

Line ___**4.18**___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Milford**                  **DE**        **19963**
City                         State      Zip Code

Last 4 digits of account number ___**7683**___

---

**Rugby ABP**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**PO Box 842735**
Number        Street

Line ___**4.51**___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**SAN ANTONIO**            **TX**        **78284**
City                         State      Zip Code

Last 4 digits of account number ___**0002**___

---

**Suddenlink Communications**
Name

On which line in Part 1 or Part 2 did you enter the creditor?

**PO Box 70340**
Number        Street

Line ___**4.44**___ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**PHILADELPHIA**          **PA**        **19176**
City                         State      Zip Code

Last 4 digits of account number ___**0392**___

Debtor 1 __**Matthew**__ _____ __**Clawson**__ Case number *(if known)* _____

First Name        Middle Name        Last Name

---

**Top Knobs**
_____
Name

**29770 Network Place**
_____
Number        Street

**Chicago**            **IL**        **60673**
_____
City            State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line __**4.50**__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Wex Universal**
_____
Name

**PO Box 639**
_____
Number        Street

**Portland**            **ME**        **04104**
_____
City            State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line __**4.24**__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Zachter PLLC**
_____
Name

**30 Wall Street, 8th Floor**
_____
Number        Street

**New York**            **NY**        **10005**
_____
City            State        Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line __**4.21**__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 601,196.16 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 601,196.16 |

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 69,960.61 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 511,989.73 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 581,950.34 |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | __Matthew__        __Clawson__ |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | __Western District of Texas__ |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1**   **Joshua and Amanda Flores**<br>Name<br><br>**4416 Reynosa Dr**<br>Number    Street<br><br>**Austin**      **TX**    **78739**<br>City      State    Zip Code | **8512 Neider Dr.**<br>**Austin, TX 78749** |

Copyright © Financial Software Solutions, LLC        BlueStylus

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Matthew** | **Clawson** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*if known*): _____

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   
       ☐ No. Go to line 3.
       ☑ Yes. In which community state or territory did you live? __Texas_____ . Fill in the name and current address of that person.

       **Jote Khalsa**
       Name of your spouse, former spouse, or legal equivalent

       **8512 Neider Dr**
       Number      Street

       **Austin**      **TX**    **78749**
       City      State    Zip Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **1**   **Jote Khalsa** <br> Name | ☑ Schedule D, line _____ <br> ☑ Schedule E/F, line __2.1__ <br> ☑ Schedule G, line _____ |
| **8512 Neider Dr.** <br> Number   Street | |
| **Austin**    **TX**    **78749** <br> City    State    Zip Code | |

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify your case:**

Debtor 1 ___Matthew_____Clawson_____
First Name                    Middle Name                    Last Name

Debtor 2 _____
(Spouse, if filing)   First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:  __Western District of Texas__

Case number _____
(If known):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM/DD/YYYY

## Official Form 106I

# Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment Information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| **Employment status** | ☒ Employed  ☐ Not employed | ☒ Employed  ☐ Not employed |
| **Occupation** | Project Manager | Administrator |
| **Employer's name** | Dovetail Custom Wood & Metal | Headwaters School |
| **Employer's address** | 5231 Albert Brown Dr.<br>Number      Street | 810 Rio Grande St.<br>Number      Street |
|  | Del Valle          TX     78617<br>City                State  Zip Code | Austin          TX     78701<br>City            State  Zip Code |
| **How long employed there?** | 1 Month | |

| Debtor 1 | Matthew | | Clawson | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:** **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 8,846.14 | $ 4,637.50 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 8,846.14 | $ 4,637.50 |
| | Copy line 4 here ................................................................➔ | 4. | $ 8,846.14 | $ 4,637.50 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,957.06 | $ 448.62 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 11.59 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 61.68 | $ 781.29 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ 2,018.74 | $ 1,241.50 |
| 7. | **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ 6,827.40 | $ 3,396.00 |
| 8. | **List all other income regularly received.** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |

**Schedule I: Your Income**

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8f.  **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____  8f.  $ _____ **0.00**    $ _____ **0.00**

8g.  **Pension or retirement income**   8g.  $ _____ **0.00**    $ _____ **0.00**

8h.  **Other monthly income.** Specify: _____  8h. **+** $ _____ **0.00**  **+** $ _____ **0.00**

9.  **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $ _____ **0.00**    $ _____ **0.00**

10.  **Calculate monthly income.** Add line 7 + line 9.   10.   $ _____ **6,827.40**  **+**  $ _____ **3,396.00**  **=**  $ ____ **10,223.40**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. **+** $ _____ **0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ ____ **10,223.40**

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain:

| |
|---|
| |

**Schedule I: Your Income**
Copyright © Financial Software Solutions, LLC
BlueStylus

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew** | **Clawson** |
| | First Name     Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name     Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number _____
(*If known*):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM/DD/YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No

   ☐ Yes. Fill out this information for each dependent......................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Matthew** | | **Clawson** | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Estimate Your Ongoing Monthly Expenses** |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,350.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 409.24 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 81.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 314.22 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 17.49 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 622.75 |
| 6d. | Other. Specify: **Gas** | 6d. | $ 120.76 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,988.78 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 185.52 |
| 10. | **Personal care products and services** | 10. | $ 168.25 |
| 11. | **Medical and dental expenses** | 11. | $ 40.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 521.65 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 256.67 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 61.68 |
| 15c. | Vehicle insurance | 15c. | $ 540.89 |
| 15d. | Other insurance. Specify: | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. | $ 0.00 |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17.** **Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for Vehicle 1 | 17a. | $ _____ 0.00 |
| 17b Car payments for Vehicle 2 | 17b. | $ _____ 0.00 |
| 17c. Other. Specify: _____ | 17c. | $ _____ 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ _____ 0.00 |

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**  18.  $ _____ 0.00

**19.** **Other payments you make to support others who do not live with you.**

Specify: **Bank Fees** _____   19.   $ _____ 43.00

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | |
|---|---|---|
| 20a. Mortgages on other property | 20a. | $ _____ 0.00 |
| 20b. Real estate taxes | 20b. | $ _____ 0.00 |
| 20c. Property, homeowner's or renter's insurance | 20c. | $ _____ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ _____ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ _____ 0.00 |

**21. Other.** Specify: **Non-filing Spouse's debt payments** _____   21.  **+** $ _____ 3,810.71

**22.** **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ _____ 11,532.61 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ _____ 0.00 |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ _____ 11,532.61 |

**23.** **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ _____ 10,223.40 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. **−** | $ _____ 11,532.61 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ _____ -1,309.21 |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1    <u>Matthew</u>            <u>Clawson</u>

First Name        Middle Name        Last Name

Debtor 2

(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: <u>Western District of Texas</u>

Case number

*(If known):*

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Part 1:**    Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ <u>/s/ Matthew Clawson</u>             ✗ _____

Signature of Debtor 1                    Signature of Debtor 2

Date    <u>7/20/2023</u>               Date    _____

     MM/DD/YYYY                    MM/DD/YYYY

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew** | **Clawson** |
| | First Name / Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name / Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☒ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☒ No.
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No.
   - ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☐ No.
   - ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 40,769.20 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2022) | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 95,142.16 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021) | ☒ Wages, commissions, bonuses, tips<br>☒ Operating a business | $ 10,039.40 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No.
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☒ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment |
| _____ Number    Street | _____ | | | ☐ Suppliers or vendors ☐ Other _____ |
| _____ City    State   ZIP Code | _____ | | | |

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $ _____ | $ _____ | |
| _____<br>Number        Street | _____ | | | |
| _____<br>City              State    ZIP Code | _____ | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $ _____ | $ _____0.00 | |
| _____<br>Number        Street | _____ | | | |
| _____<br>City              State    ZIP Code | _____ | | | |

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

<div style="background:black; color:white">**Part 4:**</div>  **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No.
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Kalamata Capital Group, LLC v. Environs Architectural Millwork, LLC and Matthew Thomas Clawson**<br><br>Case title<br><br><br>Case number   **132397-2022** | **Lawsuit on business loan and personal guarantee (Breach of Contract)** | **Supreme Court of the State of New York, County of Ontario**<br>Court Name<br><br>**Ontario County Clerk**<br>**20 Ontario St.**<br>Number       Street<br><br>**Canandaigua**   **NY**   **14424**<br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Secure Funding Source, LLC v. Environs Architectural Millwork and Matthew Thomas Clawson**<br><br>Case title<br><br><br>Case number | **Lawsuit on business loan and personal guarantee (Breach of Contract)** | **Supreme Court of New York, County of Kings**<br>Court Name<br><br>**360 Adams Street**<br>Number       Street<br><br>**Brooklyn**   **NY**   **11201**<br>City       State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor 1    **Matthew**                    **Clawson**                Case number *(if known)*  _____

First Name        Middle Name        Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fox Capital Group Inc. v. Environs Architectural Millwork and Matthew Thomas Clawson** | **Lawsuit on business loan and personal guarantee (Breach of Contract)** | **Supreme Court of New York, County of Kings** | ☐ Pending |
| Case title _____ | | Court Name | ☐ On appeal |
| | | **360 Adams Street** | ☑ Concluded |
| Case number _____ | | Number        Street | |
| | | **Brooklyn        NY    11201** | |
| | | City        State   ZIP Code | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fox Capital Group Inc. v. Matthew Clawson, Environs Architectural Millwork** | **Domestication of foreign judgment.** | **126th Civil District Court- Travis County** | ☐ Pending |
| Case title _____ | | Court Name | ☐ On appeal |
| | | **1700 Guadalupe St. 7th Floor** | ☑ Concluded |
| Case number  **D-1-GN-22-003360** | | Number        Street | |
| | | **Austin        TX    78701** | |
| | | City        State   ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| _____ Creditor's Name | | _____ | $ _____ |
| | **Explain what Happened** | | |
| _____ Number    Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| _____ City    State   ZIP Code | ☐ Property was attached, seized, or levied. | | |

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No.

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | _____ | $ _____ |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City          State   ZIP Code | Last 4 digits of account number: XXXX- _____ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | | |
| Person to Whom You Gave the Gift | | _____ | $ _____ 0.00 |
| _____ | | | |
| Number     Street | | _____ | $ _____ 0.00 |
| _____ | | | |
| City          State   ZIP Code | | | |
| Person's relationship to you  _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No.

☐ Yes. Fill in the details for each gift or contribution.

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1     **Matthew**                          **Clawson**                    Case number *(if known)* _____
             First Name     Middle Name           Last Name

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ _____ 0.00 |
| Charity's Name | | | |
| | | | $ _____ 0.00 |
| Number     Street | | | |
| City               State   ZIP Code | | | |

---

## Part 6:    List Certain Losses

15.  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☒ No.
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |
| | | _____ | $ _____ |

---

## Part 7:    List Certain Payments or Transfers

16.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☒ Yes. Fill in the details.

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| **Hayward PLLC** | | **2/17/2023** | $      **2,838.00** |
| Person Who Was Paid | | | |
| **7600 Burnet Road, Suite 530** | | | $          0.00 |
| Number      Street | | | |
| **Austin           TX    78757** | | | |
| City           State   ZIP Code | | | |
| | | | |
| Email or Website Address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No.
☐ Yes. Fill in the details.

| | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| | | | $ |
| Person Who Was Paid | | | |
| | | | $ |
| Number      Street | | | |
| | | | |
| City           State   ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No.
☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1    **Matthew**                        **Clawson**                    Case number *(if known)* _____
　　　　　　First Name　　　Middle Name　　　Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

_____

Person Who Received Transfer

_____

Number　　　Street

_____

City　　　　　State　ZIP Code

Person's relationship to you　_____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

**Part 8:**　**List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX- ____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | | $ _____ |
| Number　　Street _____ | | | | |
| City　　State　ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No.

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>Name of Financial Institution | Name | **5' x 10' Storage Unit and contains all the file boxes from Environs plus the 3rd row seats out of Matt Clawson's truck.** | ☐ No<br>☑ Yes |
| **9814 West Gate Blvd**<br>Number     Street | Number     Street | | |
| **Austin     TX   78748**<br>City          State   ZIP Code | City          State   Zip Code | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No.
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☑ No<br>☐ Yes |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

---

**Part 9:     Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No.
☐ Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| Owner's Name | | | $ _____ |
| Number     Street | Number     Street | | |
| City          State   ZIP Code | City          State   Zip Code | | |

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Fill in the details.

| | **Governmental Unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number      Street | Number      Street | | |
| City           State   ZIP Code | City           State   Zip Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Fill in the details.

| | **Governmental Unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number      Street | Number      Street | | |
| City           State   ZIP Code | City           State   Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Fill in the details.

Debtor 1   **Matthew**                    **Clawson**                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

|  | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|

Case title   _____

Court Name   _____

Case number   _____

Number      Street   _____

City           State   ZIP Code

Status of the case:
☐ Pending
☐ On appeal
☐ Concluded

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.    **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑  A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐  A partner in a partnership
☐  An officer, director, or managing executive of a corporation
☐  An owner of at least 5% of the voting or equity securities of a corporation

☐  No. None of the above applies. Go to Part 12.
☑  Yes. Check all that apply above and fill in the details below for each business.

**Environs Architectural Millwork**
Name of Site

_____
Number      Street

_____
City           State   ZIP Code

**Describe the nature of the business**

**Fine woodworking and mill working contractor.**

**Name of accountant or bookkeeper**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:   **20-4080342**

**Dates business existed**

From   _____   To   **Present**

28.    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
Include all financial institutions, creditors, or other parties.

☑  No.
☐  Yes. Fill in the details below.

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor 1    **Matthew**                         **Clawson**                    Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

| | Date Issued |
|---|---|

_____
Name                                         MM/DD/YYYY

_____
Number       Street

_____
City                    State    ZIP Code

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗  /s/ Matthew Clawson                    ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Date  **7/20/2023**                              Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No.
☐ Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No.
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

**Fill in this information to identify your case:**

| Debtor 1 | Matthew | | Clawson |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Western District of Texas__

Case number (*If known*): _____

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: __Joshua and Amanda Flores__ | ☐ No<br>☑ Yes |
| Description of leased property: | **8512 Neider Dr.**<br>**Austin, TX 78749** |

Debtor 1    **Matthew**                    **Clawson**                Case number *(if known)* _____
         First Name        Middle Name        Last Name

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖    **/s/ Matthew Clawson**                              ✖    _____
     Signature of Debtor 1                                      Signature of Debtor 2

     Date    **7/20/2023**                                     Date   _____
             MM/DD/YYYY                                              MM/DD/YYYY

**Fill in this information to identify your case:**

Debtor 1    **Matthew**      **Clawson**

         First Name        Middle Name        Last Name

Debtor 2

(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **Western District of Texas**

Case number (If known):

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☒ **Married and your spouse is NOT filing with you. You and your spouse are:**

  ☒ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

  ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 + | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | |
| Net monthly income from business, profession, or farm | $ 0.00 | $ 0.00 | Copy here → $ 0.00 | $ 0.00 |

| Debtor 1 | Matthew | | Clawson | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**6. Net income from rental and other real property**

| | | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | −$ | 0.00 | −$ 0.00 | | | |
| Net monthly income from rental or other real property | | $ 0.00 | $ 0.00  Copy here → | $ 0.00 | $ 0.00 |

**7. Interest, dividends, and royalties**  $ 0.00   $ 0.00

**8. Unemployment compensation**  $ 0.00   $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ........↓

| For you ..................................................... | $ 0.00 |
|---|---|
| For your spouse ……………………………. | $ 0.00 |

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.  $ 0.00   $ 0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| _____ | $ 0.00 | $ 0.00 |
|---|---|---|
| _____ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | +$ 0.00 | $ 0.00 |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 0.00 | + | $ 0.00 | = | $ 0.00 |
|---|---|---|---|---|
| | | | | Total current monthly income |

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor 1 | **Matthew** | | **Clawson** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

   12a.  Copy your total current monthly income from line 11. …………………………………………… **Copy line 11 here →**  $ _____ 0.00

   Multiply by 12 (the number of months in a year).    **x 12**

   12b.  The result is your annual income for this part of the form.    12b.  $ _____ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

   Fill in the state in which you live.    **TX**

   Fill in the number of people in your household.    **1**

   Fill in the median family income for your state and size of household. ……………………………………    13.  $ _____ 0.00

   To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

   14a.  ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
   Go to Part 3. Do NOT fill out or file Official Form 122A-2

   14b.  ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
   Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ **/s/ Matthew Clawson**                              ✗ _____
   Signature of Debtor 1                                   Signature of Debtor 2

Date  **7/20/2023**                                   Date  _____
   MM/DD/YYYY                                              MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Copyright © Financial Software Solutions, LLC                                                         BlueStylus

**Fill in this information to identify your case:**

| Debtor 1 | **Matthew** | | **Clawson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Texas**

Case number (*if known*): _____

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

**1. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

**2. Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

☑ No.   Go to line 3.

☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

  ☐ No.   Go to line 3.
  ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

**3. Are you or have you been a Reservist or member of the National Guard?**

☑ No.   Complete Form 122A-1. Do not submit this supplement.

☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

  ☐ No.   Complete Form 122A-1. Do not submit this supplement.

  ☐ Yes.  Check any one of the following categories that applies:

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

    ☐ **I am performing a homeland defense activity for at least 90 days.**

    ☐ **I performed a homeland defense activity for at least 90 days** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Copyright © Financial Software Solutions, LLC    BlueStylus

## United States Bankruptcy Court

### Western District of Texas

In re  __Matthew Clawson__ _____  Case No. _____
    Debtor(s)                  Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  __7/20/2023__ _____          __/s/ Matthew Clawson__ _____
                                          __Matthew Clawson__
                                          Signature of Debtor

**Creditor Matrix**                                              page 1 of 9

Copyright © Financial Software Solutions, LLC

**4 Wheel Parts / Synchrony Care Care**
**PO Box 960061**
**Orlando, FL 32896**


**A.R.M. Solutions, Inc**
**PO Box 2929**
**Camarillo, CA 93011**


**American Express**
**PO Box 650448**
**Dallas, TX 75265**


**AmTrust Financial**
**800 Superior Ave. E**
**Cleveland, OH 44114**


**Art-Centric**
**417 Lincolnshire Dr**
**Irving, TX 75061**


**AT&T Mobility**
**PO Box 6416**
**Carol Stream, IL 60197**


**Berkovitch & Bouskila, PLLC**
**80 Broad Street, Suite 3303**
**New York, NY 10004**


**Bruce Elfant**
**Assessor and Collector of Taxes**
**Travis County Tax Office**
**2433 Ridgepoint Dr**
**Austin, TX 78754**

Copyright © Financial Software Solutions, LLC

**Capital One**
**PO Box 60519**
**City of Industry, CA 91716**


**Capital One**
**PO Box 60599**
**City of Industry, CA 91716**


**Cawley & Bergmann**
**550 Broad Street, Suite 1001**
**Newark, NY 07102**


**Chase Bank**
**PO Box 15548**
**Wilmington, DE 19886**


**Chase Visa**
**Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197**


**City of Austin**
**PO Box 2267**
**Austin, TX 78783**


**Coast to Coast Financial Solutions**
**101 Hodencamp Rd., Suite 120**
**Thousand Oaks, CA 91360**


**Commercial & Medical Credit Services**
**9844 Lorene**
**San Antonio, TX 78216**


**Dakota Hardwoods**
**PO Box 840764**
**Dallas, TX 75284**

Copyright © Financial Software Solutions, LLC

**DLL Financial**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

**Echobella, LLC**
**13279 Rhoda Dr**
**Los Altos Hills, CA 74022**

**Everest Business Funding**
**8200 SW 52nd Terrace, 2nd Floor**
**Miami, FL 33166**

**Fin Wise Bank**
**756 E. Winchester Street, Suite 100**
**Murray, UT 84107**

**Forward Financing**
**53 State St., 20th Floor**
**Boston, MA 02109**

**Fox Capital Group, Inc**
**140 Broadway, 4th Floor**
**New York, NY 10005**

**Frama-Tech**
**7552 Navarre Parkway**
**Unit 20**
**Navarre, FL 32566**

**Frost Bank**
**605 Canyon Ridge Dr.**
**Austin, TX 78753**

**Frost Bank**
**605 Canyon Ridge Dr**
**Austin, TX 78753**

Copyright © Financial Software Solutions, LLC

**Creditor Matrix**

**Gecko Solid Surface Solutions**
**4630 Sinclair Road**
**San Antonio, TX 78222**


**Greenberg, Grant & Richards, Inc**
**PO Box 571811**
**Houston, TX 77257**


**Hardware Resources**
**PO Box 732674**
**Dallas, TX 75373**


**Hartstone Studio & Design**
**1834 Ferguson Lane, Ste 1501**
**Austin, TX 78754**


**Home Depot**
**PO Box 790328**
**St Louis, MO 63179**


**Home Depot**
**PO Box 9001030**
**Louisville, KY 40290**


**I.C. System, Inc**
**PO Box 64378**
**St. Paul, MN 55164**


**Internal Revenue Service**
**Centralized Insolvency Office**
**PO Box 7346**
**Philadelphia, PA 19101-7346**


**JJ's Waste & Recycling**
**2301 W. Whitestone Blvd., Suite E1**
**Cedar Park, TX 78613**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**JJ's Waste & Recycling fka Central Waste & Recycling**
**2301 W. Whitestone Blvd, Ste. E1**
**Cedar Park, TX 78613**

**Joseph, Mann & Creed**
**8948 Canyon Falls Blvd, Suite 200**
**Twinsburg, OH 44087**

**Joshua and Amanda Flores**
**4416 Reynosa Dr**
**Austin, TX 78739**

**Kalamata Capital Group**
**80 Broad St., Suite 1201**
**New York, NY 10004**

**Laminart**
**29054 Network Place**
**Chicago, IL 60673**

**Lease Corporation of America**
**3150 Livernois Rd., Suite 300**
**Troy, MI 48083**

**Lending Club**
**595 Market St**
**San Francisco, CA 94105**

**Lowe's / Synchrony Bank**
**PO Box 530914**
**Atlanta, GA 30353**

**Merrick Bank**
**PO Box 660702**
**Dallas, TX 75266**

Copyright © Financial Software Solutions, LLC

**National Healthcare Collections**
**17998 Chesterfield Airport Rd., Ste. 215**
**Chesterfield, MO 63005**


**Nelnet**
**PO Box 82561**
**Lincoln, NE 68501**


**Radius Global Solutions, LLC**
**7831 Glenroy Road, Suite 250-A**
**Minneapolis, MN 55439**


**Recovery Solutions Group, LLC**
**1008 Mattlind Way**
**Milford, DE 19963**


**Republic Bank & Trust Company**
**4030 Smith Road**
**Cincinnati, OH 45209**


**Republic Finance**
**7031 Commerce Cir.**
**Baton Rouge, LA 70709**


**Rugby ABP**
**PO Box 842735**
**SAN ANTONIO, TX 78284**


**Salling Madeley PC**
**2525 South Lamar Blvd, No. 9**
**Austin, TX 78704**


**Secure Funding Source, LLC**
**495 Flatbush Ave**
**Brooklyn, NY 11225**

Copyright © Financial Software Solutions, LLC

**Small Business Administration**
**Office of Disaster Assistance**
**14925 Kingsport Rd**
**Fort Worth, TX 76115**


**Suddenlink Communications**
**PO Box 70340**
**PHILADELPHIA, PA 19176**


**Sunrise Credit Services, Inc.**
**PO Box 9100**
**Farmingdale, NY 11735**


**Synchrony Bank**
**PO Box 960013**
**Orlando, FL 32896**


**TD Bank, N.A.**
**PO Box 84037**
**Columbus, GA 31908**


**Texas Comptroller of Public Accounts**
**PO Box 149348**
**Austin, TX 78714-9348**


**The Weatherford Co., Inc**
**900 Shelby Lane, Unit 4**
**Austin, TX 78745**


**The Wood Gallery**
**10724 Goodnight Lane**
**Dallas, TX 75220**


**Top Knobs**
**29770 Network Place**
**Chicago, IL 60673**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Travis Tile Sales**
**PO Box 2272**
**Austin, TX 78768**

**TSI Commercial Division**
**500 Virginia Dr #514**
**Ft. Washington, PA 19034**

**Tucker, Albin & Associates**
**1702 Collins Blvd, Suite 100**
**Richardson, TX 75080**

**Waste Connections**
**PO Box 17608**
**Austin, TX 78760**

**Wex Universal**
**PO Box 639**
**Portland, ME 04104**

**Worth Finance Corp.**
**11800 Anderson Mill Rd**
**Austin, TX 78726**

**Wurth Louis & Company**
**PO Box 2253**
**Brea, CA 92822**

**Zachter PLLC**
**30 Wall Street, 8th Floor**
**New York, NY 10005**

Copyright © Financial Software Solutions, LLC